# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELVINO A. CAGNARDI,** | : | **CIVIL ACTION NO. 1:16-CV-1577** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ERIC TICE, Warden,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 15th day of April, 2019, upon consideration of the application (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by petitioner Elvino A. Cagnardi ("Cagnardi"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Cagnardi's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2254 Rule 11(a).

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania